

FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TORRANCE McGAULEY<br><br>　　　　　　　　Defendant. | Case No.: ED 10-307M<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __MIDDLE__ District of __FLORIDA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• INSUFFICIENT BACKGROUND INFORMATION
• UNKNOWN AVAILABLE BAIL RESOURCES
• FAILURE TO COMPLY WITH COURT ORDERS
• ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS

1  and/or

2  B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/29/10

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge